DIANE SHEEHAN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. RICHARD J. TARRANT, DEFENDANT-PETITIONER.

See same case below: 49 *N. J. Super.* 1.

*Mr. Jack Feinberg, Mr. William M. Feinberg* and *Mr. Richard J. Feinberg* for the petitioner.

*Mr. Roger Hinds* for the respondents.

April 28, 1958. Denied.

EDDY GOSSCHALK, PLAINTIFF-RESPONDENT, v. FRAN-CISKA JOEL GOSSCHALK, DEFENDANT-PETITIONER.

See same case below: 48 *N. J. Super.* 566.

*Mr. Samuel A. Bloom* for the petitioner.

*Mr. Nicholas S. Schloeder* for the respondent.

April 28, 1958. Granted.